UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NEWTON ADAIR                                                                    PLAINTIFF

v.                                        No. 2:18-CV-2113

NANCY A. BERRYHILL,
Commissioner, Social Security Administration                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of May, 2019.

*/s/ P. K. Holmes,* III

P.K. HOLMES, III
U.S. DISTRICT JUDGE