UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NEWTON ADAIR                                                                                          PLAINTIFF

v.                                         No. 2:18-CV-2113

NANCY A. BERRYHILL,
Commissioner, Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 17th day of May, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE